UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NORTHEAST SEAFOOD COALITION, INC. | ) | CIVIL ACTION |
| | ) | NO.04-1115-RGS |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **AFFIDAVIT OF SERVICE** |
| DONALD EVANS, Secretary of the | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| COMMERCE; WILLIAM HOGARTH | ) | |
| Assistant Administrator, NATIONAL OCEANIC | ) | |
| AND ATMOSPHERIC ADMINISTRATION; | ) | |
| PATRICIA KURKUL, Regional Administrator | ) | |
| NATIONAL MARINE FISHERIES SERVICE- | ) | |
| NORTHEAST REGION | ) | |
| | ) | |
| Defendants. | ) | |

I, Stephen M. Ouellette, attorney for the plaintiff herein, hereby depose and say:

1. I am attorney in good standing admitted to practice, *inter alia*, in the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.
2. I am counsel of record for the plaintiff herein.

3. On September 21, 2004, I caused to have served a copy of the Plaintiff's Complaint and a copy of the Summons in regards to this matter served upon the defendants as required by Rule 4 of the Federal Rules of Civil Procedure, by sending copies thereof by Certified Mail-Return Receipt requested to the following persons:
    a. Donald Evans, Secretary of Commerce
    b. William Hogarth, Assistant Administrator of NOAA
    c. Patricia Kurkul, Regional Administrator, National Marine Fisheries Service
    d. John Ashcroft, United States Attorney General, and
    e. Civil Intake Clerk for the United States Attorney for the District of Massachusetts

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 22nd DAY OF September, 2004.

/s/ *Stephen M. Ouellette*
Stephen M. Ouellette, Esquire
BBO No.: 543752
CIANCIULLI & OUELLETTE
163 Cabot Street
Beverly, MA 01915
Tel: (978) 922-9933
Fax: (978) 922-6142