UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NORTHEAST SEAFOOD COALITION, INC. | ) | CIVIL ACTION |
| | ) | NO.04-11115-RGS |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| DONALD EVANS, Secretary of the | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| COMMERCE; WILLIAM HOGARTH | ) | |
| Assistant Administrator, NATIONAL OCEANIC | ) | |
| AND ATMOSPHERIC ADMINISTRATION; | ) | |
| PATRICIA KURKUL, Regional Administrator | ) | |
| NATIONAL MARINE FISHERIES SERVICE- | ) | |
| NORTHEAST REGION | ) | |
| | ) | |
| Defendants. | ) | |

Now come the parties and stipulate in accordance with Rule 41, F.R.C.P., that the above action be dismissed without prejudice, the parties to bear their own costs.

| Defendants | Plaintiff |
|---|---|
| By their attorney | By its attorney |
| | |
| */s/ Adam Issenberg (by SMO)* | /s/ *Stephen M. Ouellette* |
| Adam Issenberg, Esquire | Stephen M. Ouellette, Esquire |
| US Department of Justice | BBO No.: 543752 |
| PO Box 7369 Ben Franklin Station | CIANCIULLI & OUELLETTE |
| Washington, D.C. 20044 | 163 Cabot Street |
| Tel (202) 305-0202 | Beverly, MA 01915 |
| Fax (202) 305-0275 | Tel: (978) 922-9933 |
| | Fax: (978) 922-6142 |